UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTIE L. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:23-cv-01500-SEB-TAB |
| | ) |
| FRANCISCAN ALLIANCE, INC. | ) |
| d/b/a FRANCISCAN HEALTH CARMEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter having come before the Court upon the filing by Plaintiff Christie Anderson and Defendant Franciscan Alliance, Inc. d/b/a Franciscan Health Carmel of a Joint Stipulation of Dismissal With Prejudice, and the Court having considered the same and being duly advised in the premises, now finds that the Joint Stipulation is meritorious and therefore shall be entered as Judgment of the Court in this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this cause of action is dismissed with prejudice, each party to bear their own respective costs and attorneys' fees.

Dated: 3/5/2025

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distributed to all counsel of record.